No. 6,131.—NORTHERN PACIFIC RAILROAD CO., RE-
SPONDENT, *v.* CHARLES GRIMM, APPELLANT.

*Appeal from Meagher County.*

Decided March 31, 1927.

PER CURIAM.—On motion of respondent, through its suc-
cessor in interest, the Northern Pacific Railway Company, it
is ordered that the appeal in the above-entitled cause be dis-
missed for laches, it appearing that no transcript has ever
been filed in this court, and that more than thirty-three years
have elapsed since the notice of appeal was filed in the court
below.

*Messrs. Gunn, Rasch, Hall & Gunn* and *Mr. Frank T. Hooks,*
for Respondent.